**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br><br>Michael Engels and Patricia Engels,<br><br>       Debtors. | Case No.         25-60204 |
| Michael Engels,<br><br>       Plaintiff,<br><br>v.<br><br>United States Department of Education<br><br>       Defendant. | Adv. Proc. No. 26-06005 |

**CERTIFICATE OF SERVICE**

I, Erin L. Kipka, declare under penalty of perjury that I served the adversary summons and complaint by prepaid first-class U.S. certified mail, return receipt requested, to the parties listed below:

Acting US Attorney
600 U.S. Courthouse
300 South 4th Street, Suite 600
Minneapolis, MN 55415

US Department of Education
400 Maryland Ave SW
Washington, DC 20202

Attorney General of the United States
US Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

Dated: 2/20/2026                         /s/ Erin L. Kipka